IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 99-BU-2215-S |
| ) | |
| THE ALABAMA DEPARTMENT OF ) | |
| VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF OPINION**

In the Magistrate Judge's Report and Recommendation entered August 22, 2001, the plaintiff was given ten days to state whether he desired to proceed with this action. It was stated in the report that a failure to respond would result in the dismissal of this action for a failure to prosecute. The plaintiff has not responded.

The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be dismissed for lack of prosecution. An appropriate order will be entered.

DONE this 10th day of September, 2001.

H. DEAN BUTTRAM, JR
UNITED STATES DISTRICT JUDGE